UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-144-RHW-2 |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S MOTION TO SHORTEN TIME AND |
| v. | ) ) | MOTION TO STRIKE |
| JOSHUA VAUSE, | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** having come regularly before the court on the Defendant's Motion to Shorten Time for Hearing and Defendant's Motion to Strike Motion to Amend Home Detention Conditions, filed on behalf of the Defendant herein by DAVID R. PARTOVI, of **PARTOVI LAW**, in the above captioned case,

**IT IS ORDERED** that the Defendant's Motion to Shorten Time **(Ct. Rec. 72)** and Motion to Strike Motion to Amend **(Ct. Rec. 73)** are **GRANTED**. Defendant's Motion to Amend **(Ct. Rec. 70)** is **stricken.**

DATED October 14, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO
SHORTEN TIME AND MOTION TO STRIKE - 1