UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-144-RHW-2 |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO SHORTEN TIME AND GRANTING IN |
| v. | ) ) | PART UNOPPOSED MOTION TO REMOVE CONDITION OF HOME |
| JOSHUA VAUSE, | ) ) | DETENTION |
| Defendant. | ) ) | |

At the February 23, 2009, hearing on Defendant's Motion to Shorten Time and Motion to modify release conditions (Ct. Rec. 91, 93), Defendant was present with counsel David Partovi. The United States was represented by Assistant U.S. Attorney Ron Skibbie.

The United States did not take a position to the Defendant's Motion. Accordingly,

**IT IS ORDERED:**

1. The Defendant's Motion to Shorten Time **(Ct. Rec. 93)** is **GRANTED as moot.**

2. The Defendant's Motion to remove the condition of home detention **(Ct. Rec. 91)** is **GRANTED in part.** Defendant shall not be subject to home detention, but shall have a curfew of 7:00 pm - 7:00 a.m.

DATED February 23, 2009.

                    s/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO SHORTEN TIME AND GRANTING IN PART
UNOPPOSED MOTION TO REMOVE CONDITION OF HOME DETENTION - 1