PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 20 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.          Joshua Vause          Docket No.          2:07CR00144-002

### Petition for Action on Conditions of Pretrial Release

   COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joshua Vause who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 20th day of June 2008 under the following conditions:

<u>Standard Condition No. 10</u>: Defendant shall refrain from excess use of alcohol and the use or possession of narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant shall undergo substance abuse evaluation, if directed by U.S. Probation Officer and complete treatment indicated by the evaluation. Defendant shall be responsible for the cost of testing, evaluation, and treatment unless United States Probation Office should determine otherwise. United States Probation Office shall determine a time and place of testing and evaluation and the scope of treatment. If random urinalysis testing is not done through the treatment program, random urinalysis testing shall be conducted through the pretrial services and shall not exceed six (6) times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

<u>Violation No. 1</u>: Joshua Vause is considered in violation of his pretrial supervision in the Eastern District of Washington by failing to report for urine drug testing on January 5, 2011.

<u>Violation No. 2</u>: Joshua Vause is considered in violation of his pretrial supervision in the Eastern District of Washington by submitting a urine sample which tested positive for the use of opiates on January 11, 2011.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    1/19/2011

by    s/Curtis G. Hare

Curt Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

PS-8
Re: Vause, Joshua
January 19, 2011
Page 2

$\dfrac{1/19/11}{\text{Date}}$