PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 08 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joshua Vause                    Case Number: 0980 2:07CR00144-002

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: January 20, 2011       Type of Supervision: Supervised Release

Original Offense: Importation of Ecstacy, 212 U.S.C.    Date Supervision Commenced: October 16, 2013
§ 952 and 960; Possession with Intent to Distribute
Ecstacy, 21 U.S.C. § 841(a)(1) and (b)

Original Sentence: Prison - 46 M; TSR - 36 M       Date Supervision Expires: October 15, 2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psycho tropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

On December 26, 2013, the defendant stated he had used cocaine at a party he attended. As we discussed his use issues he stated he was depressed about the murder of his mother and an aunt while he was incarcerated. The defendant noted he has never been able to talk to anyone about this issue in his life. He added the holidays brought these feelings back and he decided to attend the party to get away from them for a while. At this time it would be respectfully recommended the requested mental health condition be imposed.

                                        Respectfully submitted,

                                by      s/David L. McCary
                                        _____

                                        David L. McCary
                                        U.S. Probation Officer
                                        Date: January 3, 2014

Prob 12B
Re: Vause, Joshua
January 3, 2014
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*Robert H. Whaley*

Signature of Judicial Officer

January 8, 2014

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: _____        Signed: _____
David L. McCary                                                     Joshua Vause
U.S. Probation Officer                                          Probationer or Supervised Releasee

12/26/13
Date