PROB 12C
(7/93)

Report Date: January 29, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Vause                Case Number: 0980 2:07CR00144-002

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 20, 2011

| | | |
|---|---|---|
| Original Offense: | Importation of Ecstacy, 212 U.S.C. § 952 and 960; Possession with Intent to Distribute Ecstacy, 21 U.S.C. § 841(a)(1) and (b) | |
| Original Sentence: | Prison 46 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: October 16, 2013 |
| Defense Attorney: | Rebecca L. Pennell | Date Supervision Expires: October 15, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Joshua Vause is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substance, cocaine, on or prior to January 22, 2014.<br><br>The defendant reported for a random urinalysis test on January 22, 2014, at First Step Community Counseling Services and stated he had used cocaine. The defendant signed an admission form on January 22, 2014, to the cocaine use. |
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Vause, Joshua
January 29, 2014
Page 2

**Supporting Evidence**: Joshua Vause is considered in violation of his period of supervised release in the Eastern District of Washington by failing to report for random urinalysis testing on January 27, 2014.

On January 27, 2014, the defendant failed to report for a random urinalysis test at First Step Community Counseling Services. The defendant was contacted on January 28, 2014, about the miss and he stated he was studying for college classes and forgot to call to see if he had to report.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/29/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

January 29, 2014

Date